[No. 8187–3–II. Division Two. August 19, 1987.]

TOPP ELECTRONICS, INC., ET AL, *Respondents,* v. NAIGAI ELECTRONIC MANUFACTURING COMPANY, LTD., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83–2–02719–1, E. Albert Morrison, J., entered September 14, 1984. *Reversed* by unpublished opinion per Hopkins, J. Pro Tem., concurred in by Brachtenbach and Draper, JJ. Pro Tem.

[No. 9891–1–II. Division Two. August 19, 1987.]

E. J. RODY AND SONS, INC., ET AL, *Respondents,* v. THE DEPARTMENT OF ECOLOGY, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85–2–03199–2, Thomas A. Swayze, Jr., J., entered March 28, 1986. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Petrich and Worswick, JJ.

[No. 9577–7–II. Division Two. August 19, 1987.]

ROY MAYHUGH, ET AL, *Respondents,* v. PACIFIC RIM BROADCASTING CO., INC., *Respondent,* MICHAEL PARKER, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85–2–06866–7, J. Kelley Arnold, J., entered January 17, 1986. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Petrich and Worswick, JJ.